UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Great West Casualty Company, | Court File No. 16-CV-03063 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Ruben Decker, | |
| Defendant. | |

The letter request [Doc. No. 100] filed by counsel for Defendant Ruben Decker is **GRANTED** as follows: (1) the word count limit for the parties' briefs is extended from a total of 24,000 words (between initial brief, opposition brief and reply brief) to a total of 30,000 words (18,000 words for initial briefs and 12,000 words for opposition briefs, *with no reply briefs*); and (2) the parties may file their initial briefs on or before Monday, August 20, 2018, with opposition briefs filed within 21 days thereafter (i.e., on or before Monday, September 10, 2018).

IT IS SO ORDERED.

Dated: August 17, 2018        s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge