UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Great West Casualty Company, | Court File No. 16-CV-03063 (SRN/HB) |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| Ruben Decker, | |
| Defendant. | |

Before the Court is a letter [Doc. No. 102] from counsel for Plaintiff Great West Casualty Company ("Great West"), seeking clarification of the Court's earlier ruling today on word limits [Doc. No. 101]. Specifically, Great West asks that the parties be given a total limit of 30,000 words, to be allocated as the parties choose between their respective initial and opposition briefs. The Court grants this request.

Accordingly, the Court's earlier Order [Doc. No. 101] is amended as follows: (1) the word count limit for the parties' briefs is extended from a total of 24,000 words (between initial brief, opposition brief and reply brief) to a total of 30,000 words (*with no reply briefs*); and (2) the parties may file their initial briefs on or before Monday, August 20, 2018, with opposition briefs filed within 21 days thereafter (i.e., on or before Monday, September 10, 2018).

IT IS SO ORDERED.

Dated: August 17, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge